

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00501-CR

Ex parte Francisco Dejesu § From the 371st District Court

§ of Tarrant County (1333725)

§ January 23, 2014

§ Opinion by Justice McCoy

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
     Justice Bob McCoy